UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara J. Brown,

Plaintiff,

v.

General Mills Pension Plan and
General Mills, Inc.,

Defendants.

Civil 02-205 JMR

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: JAN. 29, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 2 9 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge SUSAN R. NELSON.

NEW CASE NUMBER 02-205 JMR/SRN
Use this case number for all further filings.