UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara J. Brown,

Plaintiff,

v.

General Mills Pension Plan and
General Mills, Inc.,

Defendants.

Civil File No. 02-cv205 (JMR/FLN)

**PROPOSED ORDER**

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the time by which Defendants must answer, move or otherwise respond to the Complaint be extended until June 1, 2002.

Dated: May 17, 2002

BY THE COURT

United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
MAY 21 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara J. Brown,

Plaintiff,

v.

General Mills Pension Plan and
General Mills, Inc.,

Defendants.

Civil File No. 02-cv205 (JMR/FLN)

**STIPULATION**

WHEREAS, the parties have been exchanging information in an attempt to ascertain the basis of each other's position in an attempt to resolve this matter, and wish to avoid unnecessary litigation expenses.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time by which Defendants must answer, move or otherwise respond to the Complaint be extended until June 1, 2002.

Dated: 5/7/02

THOMSEN & NYBECK, P.A.

By [signature]
Patrick G. Leach (#286825)
Edinborough Corporate Center East
Suite 600, 3300 Edinborough Way
Edina, MN 55435
Telephone: (952) 835-7000

Attorneys for Plaintiff Barbara J. Brown

Dated: 5/6/02

DORSEY & WHITNEY LLP

By ______________________
Stephen P. Lucke (#0154210)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 343-7947

Attorneys for Defendants General Mills Pension Plan and General Mills, Inc.