**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Barbara J. Brown,** **Civil No. 02-205 JMR/SRN**

**Plaintiff,**

**v.** **O R D E R**

**General Mills Pension Plan and**
**General Mills, Inc.,**

**Defendants.**

---

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendant(s).

The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed. The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

JUN 1 8 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DATED: June 18, 2002

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge